1  BENJAMIN B. WAGNER
   United States Attorney
2  MELANIE L. ALSWORTH
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone:  (559) 497-4000
5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       ) 1:12-CR-00362-AWI-BAM
                                    )
12                 Plaintiff,       ) PRELIMINARY ORDER OF
                                    ) FORFEITURE
13       v.                         )
                                    )
14  DANNY JOHN LOPEZ,               )
                                    )
15                 Defendant.       )
                                    )
16  _____     )

17       Based upon the plea agreement entered into between United States

18  of America and defendant Danny John Lopez, it is hereby ORDERED,

19  ADJUDGED AND DECREED as follows:

20       1.   Pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c),

21  defendant Danny John Lopez' interest in the following property shall

22  be condemned and forfeited to the United States of America, to be

23  disposed of according to law:

24            a.  a Ruger Blackhawk .357 magnum revolver and all
                  ammunition seized in this case.
25

26       2.   The above-listed asset constitutes a firearm involved in or

27  used in a knowing violation of 18 U.S.C. § 922(g)(1).

28       3.   Pursuant to Rule 32.2(b), the Attorney General (or a

designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service and/or the Federal Bureau of Investigation in its secure custody and control.

4.  a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

///

///

///

ORDER

IT IS SO ORDERED.

Dated:   January 22, 2013

_____
SENIOR  DISTRICT  JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28